UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
**Nyemekia Munn**

Social Security No.: xxx-xx-8451

Address: 802 Chalk Level Road , Durham, NC 27704

Debtor.

## Below Median Income
## Disposable Income Calculation

| | | | |
|---|---|---|---|
| **CMI Income** **(Before Marital Adjustment)** (Form 22C, line 18) | $4,618.12 | **Schedule I Income** **Minus** **Schedule I Expenses** (Sch. I, line 16) | $5,172.33 |
| **Minus** | | | |
| **Child Support received** (Sch. I, line 10) **(NOT including child support received by NON-filing spouse)** | $0.00 | | |
| **Schedule I expenses** **(1st column)**(Sch. I, line 5) | $0.00 | | |
| **Schedule I expenses** **(2nd column)**(Sch. I, line 5) | $0.00 | | |
| **Schedule J expenses** **(including 36 mo. plan payment)** (Sch. J, line 20b) | $4,618.12 | **Schedule J expenses** **(including proposed plan payment)** (Sch. J, line 20b) | $5,172.33 |
| **Equals Means Test Derived Disposable Income:** | -$1,501.17 | **Equals Actual Disposable Income:** (Sch. J, line 20c) | $0.00 |

(rev. 7/4/2009)