UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**NYEMEKIA MUNN**
S.S. No.: xxx-xx-8451
Mailing Address: 802 CHALK LEVEL RD, Durham, NC 27704-

Case No. 10-80633

Debtor.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on April 9, 2010.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: April 26, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
_____
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

Date: 3/25/10
Lastname-SS#: Munn-8451

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | PNC | | $13,425 | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | PNC | | $1,176 | N/A | n/a | $1,176.00 | Residence |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Citifinancial Auto | | $7,965 | 5.00 | $80 | $164.44 | 2006 Dodge Magnum |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $1,700 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | $10,472 |
| State Taxes | $1,436 |
| Personal Property Taxes | $253 |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= None($0) | None($0) |

## PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,888** per month for **60** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **0.88** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE          (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

## CERTIFICATE OF SERVICE

I, WILLIAM MCDONALD, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s WILLIAM MCDONALD
WILLIAM MCDONALD

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Internal Revenue Service (ED)**
Post Office Box 21126
Philadelphia, PA 19114-0326

CitiFinancial
1405 S Pollock Street
Selma, NC 27576-3405

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Citifinancial
Credit Bureau Corrections Dept
300 St Paul Place, BSP13A
Baltimore, MD 21202

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Absolute Collection Service **
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601

CitiFinancial Auto
P.O. Box 183036
Columbus, OH 43218-3036

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Allied Interstate
1800 Broadway Building 4A
Buffalo, NY 14212-2001

Credit Collection Service
Post Office Box 9136
Needham Heights, MA 02494-9136

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Allstate Insurance
Post Office Box 3589
Akron, OH 44309-3589

Dillard \**
P.O. Box 981430
El Paso, TX 79998-1430

Experian
P.O. Box 2002
Allen, TX 75013-2002

BB&T
PO Box 819
Wilson, NC 27894

Discover Card***
Post Office Box 30943
Salt Lake City, UT 84130

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

Calvary Portfolio Services
Post Office Box 1017
Hawthorne, NY 10532

Durham County Animal Control
Post Office Box 580396
Charlotte, NC 28258

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Calvary Portfolio Services
Post Office Box 26570
Fort Lauderdale, FL 33320

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Centura
Post Office Box 2857
Rocky Mount, NC 27802

Durham Emergency Physicians **
P.O. Box 15133
Durham, NC 27704-0133

Durham Regional Hospital
and Emergency Medical Service
402 Stadium Drive
Durham, NC 27704

Mazda American Credit**
Customer Service
Post Office Box 542000
Omaha, NE 68154-8000

Professional Recovery Services Ir
Post Office Box 1880
Voorhees, NJ 08043

E Recovery Solutions
1650 Cambria Street, NE
Christiansburg, VA 24073

NCC Business Services
3733 University Boulevard
Ste 300
Jacksonville, FL 32217

Progressive Auto Insurance
6300 Wilson Mills Road
Mayfield Village, OH 44143

First National Collection Bureau
Post Office Box 4115
Concord, CA 94524

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

Receivables Performance Manage
20816 44th Avenue West
Lynnwood, WA 98036

HSBC
90 Christianan Road
New Castle, DE 19720

North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Redline Recovery Services
6341 Inducon Drive East
Sanborn, NY 14132-9097

Internal Revenue Service (MD)**
Post Office Box 21126
Philadelphia, PA 19114-0326

Omega Cheer
4984 Blue Banks Loop Road NE
Leland, NC 28451

Sprint PCS
Customer Care
Post Office Box 8077
London, KY 40742-8077

International Media Concepts
Post Office Box 437
New Hyde Park, NY 11040

Penn Credit Corporation
Post Office Box 988
Harrisburg, PA 17108-0988

TeleCheck Recovery Services
Post Office Box 17450
Denver, CO 80217-0450

Laurence A Hecker, Attorney At Law
2C South Gold Drive
Trenton, NJ 08691

Planned Parenthood
101 Newsome Street
Durham, NC 27704

UNC Public Safety
Post Office Box 651384
Charlotte, NC 28265

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

PNC Mortgage
Post Office Box 1820
Dayton, OH 45401-1820

US Attorney's Office (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

Liberty Mutual Group **
P.O. Box 9099
Dover, NH 03821-9099

Professional Credit Service
1058 W Club Blvd #145
Durham, NC 27701