IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| IN THE MATTER OF: | ) | |
|---|---|---|
| | ) | |
| NYEMEKIA MUNN | ) | CASE NO. 10-80633 |
| SSN: xxx-xx-8451 | ) | |
| DEBTOR | ) | CHAPTER 13 |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Sarah D. Miranda, of The Law Firm of Hutchens, Senter & Britton, P.A., does herewith give notice of her appearance in the above-styled matter as attorney for PNC Mortgage, a division of PNC Bank, National Association successor by merger with National City Mortgage, a division of National City Bank.

Please mail all Notices and other documents required to be served upon creditors to the undersigned at the following address:

| | | |
|---|---|---|
| PNC Mortgage, a division of PNC Bank, National Association successor by merger with National City Mortgage, a division of National City Bank c/o Sarah D. Miranda Bankruptcy Department P.O. Box 2505 Fayetteville, NC 28302 | PNC Mortgage, a division of PNC Bank, National Association successor by merger with National City Mortgage, a division of National City Bank represented by: | Sarah D. Miranda 4317 Ramsey Street P.O. Box 2505 Fayetteville, NC 28302 910-864-2668 910-864-6177 (fax) hsbbkydept@hutchensandsenter.com |

This, the 27th day of April, 2010.

THE LAW FIRM OF HUTCHENS, SENTER & BRITTON, P.A.

BY: s:/Sarah D. Miranda
Sarah D. Miranda
Attorney for Movant
4317 Ramsey Street
Post Office Box 2505
Fayetteville, NC 28302
(910) 864-2668
State Bar No. 29354

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date this paper was served upon the following parties by depositing a copy enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service or via the appropriate electronic servicer:

Attorney for Debtor:
John T. Orcutt
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Chapter 13 Trustee
302 East Pettigrew St., Suite B-140
P.O. Box 3613
Durham, NC 27702

This, the 27th day of April, 2010.

THE LAW FIRM OF HUTCHENS, SENTER & BRITTON, P.A.

BY: s:/Sarah D. Miranda
Sarah D. Miranda
Attorney for Movant
4317 Ramsey Street
Post Office Box 2505
Fayetteville, NC 28302
(910) 864-2668
State Bar No. 29354