# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Nyemekia Munn | ) | 10-80633 13 |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER DENYING CONFIRMATION OF PLAN

THIS MATTER came before the Court on January 13, 2011, after due and proper notice, for a hearing on PNC Mortgage's objection to the Debtor's proposed Chapter 13 plan. Edward C. Boltz appeared at the hearing on behalf of the Debtor, Richard M. Huston, II appeared on behalf of the Chapter 13 Trustee, and Sarah D. Miranda appeared on behalf of PNC Mortgage.

The present case poses one of the same issues that the Court addressed in *In re Martin*, No. 10-81271 (M.D.N.C. Jan. 26, 2011). Specifically, as in *Martin*, the Debtor here proposes a plan that would re-amortize the outstanding balance of the creditor's secured claim over the remaining term of the mortgage at a permanently fixed interest rate. *Martin*, slip op. at 2. As the Court discussed in *Martin*, such treatment of a secured claim does not comply with § 1322 or § 1325 of the Code. *Id.* at 3-10; *see also In re Hayes*, No. 10-81284C-13D (Bankr. M.D.N.C. Jan. 24, 2011). Accordingly, the Court concludes that PNC Mortgage's objection to the Debtor's proposed Chapter 13 plan is SUSTAINED.

SO ORDERED.

# SERVICE LIST

Nyemekia Munn
Debtor

Edward C. Boltz
Attorney for Debtor

Sarah D. Miranda
Attorney for PNC Bank

Richard M. Hutson, II
Trustee